# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DYLAN DONALD TALLMAN, <br><br> Plaintiff, <br><br> v. <br><br> MARATHON COUNTY TRANSPORT OFFICER, SHERIFF SCOTT R. PARKS, and INVESTIGATION DIVISION CAPTAIN, <br><br> Defendants. | Case No. 20-CV-160-JPS <br><br><br> **ORDER** |
| DYLAN DONALD TALLMAN, <br><br> Plaintiff, <br><br> v. <br><br> BRIANNA BARTELS-ROHRBECK, CHRISTINE KITHINJI, KEITH JOHNSON, JEREMY BECK, BRIAN GREFF, DAN CROMWELL, and SHIRLEY NEWCOMB, <br><br> Defendants. | Case No. 20-CV-261-JPS <br><br><br> **ORDER** |
| DYLAN DONALD TALLMAN, <br><br> Plaintiff, <br><br> v. <br><br> ANGELICA ROWIN-FOX, <br><br> Defendant. | Case No. 20-CV-670-JPS <br><br><br> **ORDER** |

| | |
|---|---|
| DYLAN DONALD TALLMAN,<br><br>                Plaintiff,<br><br>v.<br><br>CHERYL JEANPIERRE,<br><br>                Defendant. | Case No. 20-CV-1191-JPS<br><br>**ORDER** |

On November 3, 2021, the Court issued an order in Case Number 20-CV-261 in which it granted a motion for a scheduling order and denied a motion to clarify. Case No. 20-CV-261 (Docket #33). On November 12, 2021, the order was returned to the Court as undeliverable. *Id.* (Docket #34). On December 9, 2021, the Court issued an order to show cause in each of the above-captioned cases. Case No. 20-CV-160 (Docket #36); Case No. 20-CV-261(Docket #35); Case No. 20-CV-670 (Docket #20); Case No. 20-CV-1191(Docket #18). The Court ordered Plaintiff to provide the Court with an updated address by December 30, 2021 or each of the above-captioned cases would be dismissed without prejudice for failure to prosecute. That order was returned as undeliverable, and that date has come and gone without a word from Plaintiff.

Accordingly,

**IT IS ORDERED** that case number 20-CV-160-JPS be and the same is hereby **DISMISSED without prejudice** for failure to prosecute;

**IT IS FURTHER ORDERED** that case number 20-CV-261-JPS be and the same is hereby **DISMISSED without prejudice** for failure to prosecute;

**IT IS FURTHER ORDERED** that case number 20-CV-670-JPS be and the same is hereby **DISMISSED without prejudice** for failure to prosecute; and

**IT IS FURTHER ORDERED** that case number 20-CV-1191-JPS be and the same is hereby **DISMISSED without prejudice** for failure to prosecute.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 3rd day of January, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge